UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARTHOLOMEW LEE JONES,<br><br>Plaintiff,<br><br>v.<br><br>JIM FERRELL, et al.,<br><br>Defendants. | CASE NO. 2:22-CV-1751-JHC-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: March 3, 2023 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Bartholomew Lee Jones, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint on December 12, 2022. Dkt. 1. On December 13, 2022, the Clerk of Court sent Plaintiff a letter directing him to provide a prison trust account statement. Dkt. 2. The Clerk of Court warned Plaintiff that if he did not respond to the letter by January 12, 2023, this action may be subject to dismissal. *Id*.

Plaintiff has not responded to the Clerk of Court's letter, has not filed a prison trust account statement, and has not paid the filing fee. As Plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

REPORT AND RECOMMENDATION - 1

1  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
2  fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P.
3  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
4  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
5  objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
6  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
7  imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on
8  March 3, 2023, as noted in the caption.
9  Dated this 10th day of February, 2023.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2