UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARTHOLOMEW LEE JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>JIM FERRELL, et al.,<br><br>          Defendants. | No.  2:22-CV-1751-JHC-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is dismissed without prejudice due to Plaintiff's failure to prosecute the case.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 3rd day of March, 2023

_____
John H. Chun
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1